Ricky Emanuel SELBY, Plaintiff—Appellant,

v.

Beth HOLCOMB, (Nurse) Health Service Administrator; M.D. Abdul Jamaludeen; Nurse Schultz; Sheriff P. Lanteigne; Captain; Nurse Prince; Nurse Brooks; Nurse Fletcher; Nurse Fiano; Nurse Andes; Nurse Brulet; Lieutenant Russell; Deputy Ulrich; Sergeant Vargas; Librarian Mapes; Lieutenant Lee Wilburn; Sergeant Driscoll; Deputy M.R. Keogh; Corporal G.M. Hill, Defendants—Appellees.

No. 04–6063.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 15, 2004.

Decided: Sept. 28, 2004.

Ricky Emanuel Selby, Appellant pro se.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Emanuel Selby appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Selby v. Holcomb, No. CA–03–520–2 (E.D.Va. Dec. 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED